et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between OTTO DIETZ and SLATEX, INC. — Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ JOSEPH R. AWAD & CO., INC. v. PILLSBURY MILLS, INC.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ NORTH-EASTERN MERCANTILE CORP. v. INTER OCEAN COMMERCE CORP. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ NORTH-EASTERN MERCANTILE CORP. v. INTER OCEAN COMMERCE CORP. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ In the Matter of SOLDIERS, SAILORS & AIRMEN'S CLUB, INC. et al., against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., and 139 EAST 36TH STREET CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ HELENE ARPELS v. LOUIS ARPELS.— Motion for leave to reargue and for a stay denied, with $10 costs, and the stay contained in the order to show cause, dated January 14, 1960, is vacated. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Probate of the Will of ALBERT F. FOX, Deceased. HERBERT W. FOX; ISABELLE F. HAMPTON et al.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC. v. BEN FRYE et al.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ SIPAL REALTY CORPORATION v. MAURICE WILLIAM.— Application denied, with $10 costs. Concur — M. M. Frank, J. P., Valente, McNally and Stevens, JJ.

■ ESTHER WEINSHENKER v. EUGENIA VELASQUEZ.— Application denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ELLA SCHARF v. ST. MORITZ ON THE PARK, INC., et al.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated January 14, 1960, is vacated. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JERRY ROBERTSON.— Motion to dismiss appeal granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ VERA SMITH v. LEON GOLDBERG et al.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of HARRY PASIALIS, Deceased. PAUL ANAYANNIS; PUBLIC ADMINISTRATOR et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for